Motion by Healthcare Association of New York State for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge R.S. SMITH taking no part.

LEONARD J. LEVENSON et al., Respondents, v JONATHAN LIPP-MAN, as Chief Administrator of the Courts, et al., Appellants.

Submitted December 27, 2004; decided January 6, 2005

Motion by New York State Defenders Association et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

Chief Judge KAYE taking no part.

NEW YORK CIVIL LIBERTIES UNION et al., Appellants, v STATE OF NEW YORK et al., Respondents.

Submitted December 27, 2004; decided January 6, 2005

Motion by Alliance for Quality Education et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEWIS HILL, Appellant.

Submitted December 27, 2004; decided January 6, 2005

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAMEL WILSON, Appellant.

Submitted December 27, 2004; decided January 6, 2005